UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>　　　　　　　　　　Defendant. | Case No.: 2:17-cv-00817-JFW-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date:　　June 12, 2017<br>Time:　　1:30 p.m.<br>Judge:　 John F. Walter |

　　　The motion of Defendant The Lincoln National Life Insurance Company to transfer this case to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) and pursuant to the "first-to-file" rule (the "Motion") came on regularly for hearing on June 12, 2017 in Courtroom 7A of the above-entitled Court, the Honorable John F. Walter presiding. Appearances are as noted on the record.

　　　The Court, having read and considered the Motion, the memorandum of points and authorities in support thereof, and the related opposition and reply memoranda, and having heard argument from the parties, grants the Motion, on the grounds that transfer is proper, for the convenience of parties and witnesses and in

the interest of justice, pursuant to 28 U.S.C. § 1404(a), and that transfer is also appropriate based on the "first-to-file" rule.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that transfer of this action to the United States District Court for the Eastern District of Pennsylvania shall be effective immediately.

Dated: _____         _____
                                                                HONORABLE JOHN F. WALTER
                                                                UNITED STATES DISTRICT JUDGE